IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PHILLIP WAYNE LOWERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 01-C-3129-S |
| ) | |
| JAMES TINGLE, General Conservator of ) | |
| Jefferson County, Alabama, ) | |
| ) | |
| Defendant. ) | |

FILED
03 APR 15 AM 9:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
APR 15 2003

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 11, 2003, recommending that this action filed under 42 U.S.C. § 1983 be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted. The magistrate judge further recommended that the court decline to exercise supplemental jurisdiction over any state law claims pursuant to 28 U.S.C. § 1367(c)(3). The plaintiff filed objections to the report and recommendation on March 24, 2003.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). Any state law claims are due to be dismissed, without prejudice, pursuant to 28 U.S.C. § 1367(c)(3). A Final Judgment will be entered.

DATED this 14th day of April, 2003.

U.W. CLEMON
CHIEF U.S. DISTRICT JUDGE

16